James L. Blair, #016125
Randy L. Kingery, #022913
**RENAUD COOK DRURY MESAROS, PA**
One North Central, Suite 900
Phoenix, Arizona  85004-4417
(602) 307-9900  Telephone
(602) 307-5853  Facsimile
jblair@rcdmlaw.com
rkingery@rcdmlaw.com

*Attorneys for Defendant NCO Financial Systems, Inc.*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Tony Gillman, | No. CV 10-00211-TUC-DCB |
| Plaintiff, | |
| v. | **NOTICE OF SETTLEMENT** |
| NCO Financial Systems, Inc., | |
| Defendant. | *(Assigned to The Honorable David C. Bury)* |

NOTICE IS HEREBY GIVEN that Plaintiff and Defendant have entered into a settlement in the above-captioned matter and are in the process of finalizing said settlement. Upon completion of the settlement process, the parties will submit a stipulation and order for dismissal with prejudice, each party bearing its own attorneys' fees and costs.

The parties jointly request that all pending dates and filing requirements be vacated and that the Court set a deadline on or after October 22, 2010 for filing dispositional documents.

**RESPECTFULLY SUBMITTED** this  22nd  day of September, 2010.

**RENAUD COOK DRURY MESAROS, PA**

By: */s/Randy L. Kingery*
       James L. Blair
       Randy L. Kingery
One North Central, Suite 900
Phoenix, AZ  85004-4417
*Attorneys for Defendant NCO Financial Systems*

LAW OFFICES
RENAUD COOK
DRURY MESAROS
ONE NORTH CENTRAL
SUITE 900
PHOENIX, AZ 85004
TELEPHONE 602-307-9900
FACSIMILE 602-307-5853

(Page 1, CV 10-00211-TUC-DCB)        [2478.0044]            @PFDesktop\::ODMA/MHODMA/IMANAGE;RCD_PHX;611855;1

LAW OFFICES
RENAUD COOK
DRURY MESAROS
ONE NORTH CENTRAL
SUITE 900
PHOENIX, AZ 85004
TELEPHONE 602-307-9900
FACSIMILE 602-307-5853

**CERTIFICATE OF SERVICE**

I hereby certify that on the 22nd day of September, 2010, I electronically transmitted the attached document to the Clerk's Office using the CM/ECM System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Honorable David C. Bury
**UNITED STATES DISTRICT COURT**
Evo A. DeConcini U.S. Courthouse
405 W. Congress Street, Suite 6170
Tucson, AZ 85701-5065

Marshall Meyers, Esq.
**WEISBERG & MEYERS, LLC**
5025 N. Central Avenue, #602
Phoenix, AZ 85012
*Attorney for Plaintiff*

*/s/Vicki L. Cobbs*

(Page 2, CV 10-00211-TUC-DCB)   [2478.0044]   @PFDesktop\:ODMA/MHODMA/IMANAGE;RCD_PHX;611855;1