James L. Blair, #016125
Randy L. Kingery, #022913
**RENAUD COOK DRURY MESAROS, PA**
One North Central, Suite 900
Phoenix, Arizona 85004-4417
(602) 307-9900 Telephone
(602) 307-5853 Facsimile
jblair@rcdmlaw.com
rkingery@rcdmlaw.com

*Attorneys for Defendant NCO Financial Systems, Inc.*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| Tony Gillman, | |
|---|---|
| Plaintiff, | No. CV 10-00211-TUC-DCB |
| v. | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| NCO Financial Systems, Inc., | |
| Defendant. | *(Assigned to The Honorable David C. Bury)* |

The parties hereto, through their undersigned counsel, stipulate and agree that Plaintiff's claims herein against defendant, NCO FINANCIAL SYSTEMS, INC., are hereby dismissed ***with prejudice***, the parties to bear their own costs and attorneys' fees.

**RESPECTFULLY SUBMITTED** this 27ᵗʰ day of October, 2010.

**WEISBERG & MEYERS, LLC**

By: */s/Marshall Meyers (with permission)*
     Marshall Meyers
5025 N. Central Avenue, #602
Phoenix, AZ 85012
*Attorney for Plaintiff*

LAW OFFICES
RENAUD COOK
DRURY MESAROS
ONE NORTH CENTRAL
SUITE 900
PHOENIX, AZ 85004
TELEPHONE 602-307-9900
FACSIMILE 602-307-5853

(Page 1, CV 10-00211-TUC-DCB)        [2478.0044]                @PFDesktop\::ODMA/MHODMA/IMANAGE;RCD_PHX;618862;1

**RENAUD COOK DRURY MESAROS, PA**

By: */s/Randy L. Kingery*
    James L. Blair
    Randy L. Kingery
One North Central, Suite 900
Phoenix, AZ  85004-4417
*Attorneys for Defendant NCO Financial Systems*

## CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of October, 2010, I electronically transmitted the attached document to the Clerk's Office using the CM/ECM System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Honorable David C. Bury
**UNITED STATES DISTRICT COURT**
Evo A. DeConcini U.S. Courthouse
405 W. Congress Street, Suite 6170
Tucson, AZ 85701-5065

Marshall Meyers, Esq.
**WEISBERG & MEYERS, LLC**
5025 N. Central Avenue, #602
Phoenix, AZ 85012
*Attorney for Plaintiff*

*/s/Vicki L. Cobbs*

LAW OFFICES
RENAUD COOK
DRURY MESAROS
ONE NORTH CENTRAL
SUITE 900
PHOENIX, AZ 85004
TELEPHONE 602-307-9900
FACSIMILE 602-307-5853

(Page 2, CV 10-00211-TUC-DCB)        [2478.0044]        @PFDesktop\:ODMA/MHODMA/IMANAGE;RCD_PHX;618862;1