**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Tony Gillman, | No. CV 10-00211-TUC-DCB |
| Plaintiff, | |
| v. | **ORDER** |
| NCO Financial Systems, Inc., | |
| Defendant. | *(Assigned to The Honorable David C. Bury)* |

This matter having been settled, and the parties hereto having submitted a Stipulation to Dismiss with Prejudice, and good cause appearing therefor,

**IT IS ORDERED** that the above-captioned matter be dismissed *with prejudice*, each party to bear its own costs and attorneys' fees. This action is closed.

DATED this 28th day of October, 2010.

David C. Bury
United States District Judge